FILED
U.S. DISTRICT COURT
MIDDLE GEORGIA

**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF GEORGIA**      2010 DEC 13  AM 10 27
**ALBANY DIVISION**

_____ *WKS*
DEPUTY CLERK

| | |
|---|---|
| CHRIS PAYNE, individually and on behalf of the members of DOCO Regional Federal Credit Union, :  :  :  : | |
| Plaintiff, : : | CASE NO.: 1:09-CV-190 (wls) |
| vs. : : | |
| DOCO Regional Federal Credit Union, Barry O. Heape, individually and in his official capacity as President/CEO of DOCO Regional Federal Credit Union, J.W. Flowers, individually and in his official capacity as Chairman of the Board of Directors of DOCO Regional Federal Credit Union and JOHN DOE, : : : : : : : : : : | |
| Defendants. : | |

## STIPULATION OF DISMISSAL

It is hereby stipulated and agreed by and between the Plaintiff and the Defendants,

pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned civil action is hereby

dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

SO STIPULATED, this 9th day of December, 2010.

** SIGNATURES FOLLOW NEXT PAGE **

*I certify that the originally executed document contains the signatures of all filers indicated herein and therefore represents consent for filing of this document.*

| | |
|---|---|
| *For Defendants Barry O. Heape, J.W. Flowers and John Doe:* | *For Defendant DOCO Regional Federal Credit Union:* |
| CONSTANGY BROOKS & SMITH, LLP | GREENE, BUCKLEY, JONES & MCQUEEN |
| /s/ W. Jonathan Martin II<br>W. JONATHAN MARTIN II<br>Georgia Bar No. 474590 | /s/ Harold S. White Jr.<br>HAROLD S. WHITE JR.<br>Georgia Bar No. 753550 |
| 577 Mulberry St., Suite 710<br>PO Box 1975<br>Macon, GA 31202-1975<br>(478) 750-8600 | 5887 Glenridge Dr.<br>Suite 100<br>Atlanta, GA 30328<br>(404) 420-5908 |

*For Plaintiff Chris Payne:*

HOWELL + PARROTT LLP

/s/ Robert D. Howell
ROBERT D. HOWELL
Georgia Bar No. 372598

PO Box 100
Moultrie, GA 31776
(229) 985-5300

SO ORDERED this 10th day
of December, 2010

W. Louis Sands, Judge
United States District Court